IN THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

KEVIN RICHARD CARMODY, )
    Plaintiff, )
)
VS. ) No. 10-CV-2249
)
BOARD OF TRUSTEES OF THE )
UNIVERSITY OF ILLINOIS, ILESANMI )
ADESIDA, SHARON REYNOLDS, )
JOSEPH BOHN, DEBORAH S. STONE, )
ELYNE COLE, MICHAEL HOGAN, and )
JONG-SHI PANG, )
    Defendants. )

## ANSWERS TO INTERROGATORIES

NOW COME DEFENDANT, ILESANMI ADESIDA, on behalf of himself and DEFENDANTS, THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, SHARON REYNOLDS, JOSEPH BOHN, DEBORAH S. STONE, ELYNE COLE and JONG-SHI PANG, by their attorneys, THOMAS, MAMER & HAUGHEY, LLP and states the following Answers to Plaintiff's Interrogatories, based upon personal knowledge or upon information and belief formed after reasonable inquiry:

1. Who provided information to Ilesanmi Adesida concerning charges against Kevin Carmody and, with respect to such person or persons, provide the name, date upon which information was provided, an identification of any document provided and the substance of any verbal communications provided.

ANSWER: Rhonda Perry, then-Associate University Counsel, on June 30, 2010, provided information to then-Dean Adesida. The substance of this communication is privileged.

2. Please provide the following with respect to Kevin Carmody:

    a) Plaintiff's rate of pay or compensation at the time of his termination;
    b) A delineation of all fringe benefits which the University of Illinois provided Kevin Carmody at the time of his termination.

ANSWER: See attached.

3. Who selected Michael Leroy as the hearing officer in the matter of Kevin Carmody?

1

ANSWER: Elyne Cole.

4. Who determined that the University should provide counsel for David Goldberg in the litigation initiated by Kevin Carmody against David Goldberg in Champaign Count Illinois, Circuit Court?

ANSWER: Defendant objects on relevance grounds. Without waiving its objection, Professor Goldberg requested representation under the University's Self-Insurance Plan. P.J. Kale reviewed and approved his request.

5. What agent or employee at the University of Illinois first learned of the existence of the Thurston emails and documents which ultimately triggered the investigation of Kevin Carmody?

ANSWER: Jim Kearns, attorney.

6. What did the agent or employee of the University of Illinois who first became aware of the Thurston emails do with the documents, and to whom did that individual provide copies of the documents?

ANSWER: Jim Kearns provided copies to Laura Clower, Associate University Counsel.

~~[signature]~~ s/
Ilesanmi Adesida

/s/WILLIAM J. BRINKMANN
Attorney William J. Brinkmann
Attorney for Defendant, Board of Trustees
of the University of Illinois
Thomas, Mamer & Haughey, LLP
30 E. Main, PO Box 560
Champaign, IL 61824-0560
PH: (217) 351-1500
Fax: (217) 351-2169
Attorney's email address: wjbrinkm@tmh-law.com

2

# NOTIFICATION OF APPOINTMENT

| | | |
|---|---|---|
| ast Name: | **Carmody** | |
| rst Name: | **Kevin** | |
| iddle Name: | **Richard** | |
| IN: | **657624161** | |
| | **Urbana** | University of Illinois |
| ome Organization: | **Department of Industrial and Enterprise Systems Engineering** | Board of Trustees |
| | **117 Transportation Building** | 352 Henry Administration Building |
| | **104 S Mathews** | Urbana, Illinois 61801-3640 |
| | **M/C - 238** | |
| mployee Class: | **Acad/Pro 12mth Ben Elig** | Generation date: 09/04/2010 |

his confirms your appointment to the following position(s) for the pay, periods and other conditions indicated, subject to all immigration laws and other eligibility equirements for employment, and subject to approval by the Board of Trustees. It is valid only if based upon the actual acquisition of required credentials upon which e appointment is based. If the start date for the Period of Service is later than the Generation Date of this document, approval by the Board of Trustees is still pendi nnual reappointments with a Period of Service start date of August 16 are traditionally submitted to the Board of Trustees for approval at the September meeting.

OB: U81096-00      422000 - Department of Industrial and Enterprise Systems Engineering

| Title | Job FTE | Employee Class / Service Basis | Period of Service Start | Period of Service End | Annual Rate |
|---|---|---|---|---|---|
| MGR OF SYST SERVS | 100% | Acad/Pro 12mth | 08/16/2010 | 08/15/2011 | $73,695.00 |

Explanation of Source of Funds:

| Start | End | Fund | Organization | Account | Dollars |
|---|---|---|---|---|---|
| 08/16/2010 | 08/15/2011 | 100011 | 422000 | 211300 | $73,695.00 |

- This appointment is made subject to all applicable laws and to the University of Illinois Statutes, the General Rules Concerning University Organization and Procedure and other actions of the Board of Trustees. These policies are subject to change from time to time and the most updated version of the policies is applicable. In the event of error, the Board of Trustees reserves the right to correct such error and issue a corrected Notification of Appointment. It is the responsibility of all University of Illinois employees to comply with the provisions of the State Officials and Employees Ethics Act of the State of Illinois; time not spent on official business of the University must be reported by employees as exception time. Exceptions may include sick leave, vacation leave and other appropriately approved leaves as specified by campus and University policies.

- Unless you notify your unit(s) to the contrary within 30 days of the Generation Date of this document, your acceptance of this appointment will be presumed. If you have questions regarding your appointment, please contact your unit office.

- Employee Classes/Service Basis "Acad 9/12 mth," "Acad 9/9 mth," "Acad/Pro 9/12 mth," "Acad/Pro 9/9 mth," "Post-Doctoral Intern 9/12 mth," or "Post-Doctoral Intern 9 mth" indicate service required during the Academic Year period defined as the nine-month period spanning from August 16 through May 15. If 9/12 is indicated, salary will be paid over the twelve month period of August 16 through August 15.

- Employee Classes/Service Basis "Acad 12 mth," "Acad/Pro 12 mth," or "Post-Doctoral Intern 12 mth," indicate service on a twelve-month basis including allowable vacation.

- Employee Classes/Service Basis "Acad 10/12 mth" or "Acad/Pro 10/12 mth" indicate 10 months' service within the dates indicated paid over 12 months with months off designated by unit. "Acad 10/10 mth" or "Acad/Pro 10/10 mth" indicate 10 months' service within the dates indicated to be paid over 10 months.

- The amount appearing in the "Annual Rate" column is the gross annual compensation of the appointee for services required during a full appointment year period (academic year 9-month, 10-month, or 12-month service basis, as the case may be), whether payable in the form of salary, earnings, purchases of annuity contracts, or in any other manner authorized or required by law. In the case of appointments where service is required for less than a full appointment year period (academic year 9-month, 10-month, or 12-month service basis, as the case may be) only a proportionate amount of the "Annual Rate" compensation will be payable on the basis of the period of service indicated in proportion to a full contract year, e.g., an appointment for one semester of an academic year is compensated at one-half of the "Annual Rate." In the case of appointments for which the Employee Class/Service Basis is "Service Dates Indicated" or "Summer Pay" the Monthly Rate figure represents gross monthly compensation for each full month of service during the period indicated.

- When viewing historical Notification of Appointment forms, please note that the most recent Generation Date reflects the most recent information. If the same service/pay periods appear on successive Notification of Appointment forms, the most recently dated form indicates any modifications made to the original appointment.

- If determined that an employee has been excluded from participation in Federal or State Health Care Programs because of having engaged in fraud, abuse or misconduct as well as any other mandated governmental exclusion listing, the employee is subject to immediate dismissal without notice.

- In accordance with University policy, the University reserves the right, effective August 16, 2009, to reduce the pay and service specified in this form, based on budget shortfalls or other financial emergencies necessitating short-term reduction of University personnel costs, by requiring the appointee to take unpaid furlough days during the period of this appointment.

- For appointments made "subject to receipt of funds" (such as those from grants or contracts), the University reserves the right to terminate the appointment prior to the Period of Service End Date if the grant(s) or other source of funding for the position has ended. An asterisk (*) symbol following the "Dollars" indicates that employment and payment is contingent upon receipt of funds. For such appointments, the University reserves the right to terminate the appointment prior to the Period of Service End Date if the grant or source of funds for the position becomes unavailable, and will provide prior notice, if applicable, in accordance with the notice periods set forth in Article IX(11)(b)(2) of the University of Illinois Statutes. If an asterisk (*) symbol does not appear next to the Dollars box on this Notice of Appointment, your appointment is not subject to the receipt of funds and not subject to earlier termination based on the loss of such funding.

*Michele M. Thompson*
Secretary

# NOTIFICATION OF APPOINTMENT

ast Name: Carmody
rst Name: Kevin
iddle Name: Richard
IN: 657624161
Urbana
ome Organization: Department of Industrial and Enterprise Systems Engineering
117 Transportation Building
104 S Mathews
M/C - 238
mployee Class: Acad/Pro 12mth Ben Elig

University of Illinois
Board of Trustees
352 Henry Administration Building
Urbana, Illinois 61801-3640

Generation date: 09/30/2010

his confirms your appointment to the following position(s) for the pay, periods and other conditions indicated, subject to all immigration laws and other eligibility equirements for employment, and subject to approval by the Board of Trustees. It is valid only if based upon the actual acquisition of required credentials upon which ie appointment is based. If the start date for the Period of Service is later than the Generation Date of this document, approval by the Board of Trustees is still pendi nnual reappointments with a Period of Service start date of August 16 are traditionally submitted to the Board of Trustees for approval at the September meeting.

OB: U81096-00      422000 - Department of Industrial and Enterprise Systems Engineering

| Title | Job FTE | Employee Class / Service Basis | Period of Service Start | Period of Service End | Annual Rate |
|---|---|---|---|---|---|
| MGR OF SYST SERVS | 100% | Acad/Pro 12mth | 08/16/2010 | 09/23/2010 | $73,695.00 |

Explanation of Source of Funds:

| Start | End | Fund | Organization | Account | Dollars |
|---|---|---|---|---|---|
| 08/16/2010 | 09/23/2010 | 100011 | 422000 | 211300 | $73,695.00 |

- This appointment is made subject to all applicable laws and to the University of Illinois Statutes, the General Rules Concerning University Organization and Procedure and other actions of the Board of Trustees. These policies are subject to change from time to time and the most updated version of the policies is applicable. In the event of error, the Board of Trustees reserves the right to correct such error and issue a corrected Notification of Appointment. It is the responsibility of all University of Illinois employees to comply with the provisions of the State Officials and Employees Ethics Act of the State of Illinois; time not spent on official business of the University must be reported by employees as exception time. Exceptions may include sick leave, vacation leave and other appropriately approved leaves as specified by campus and University policies.

- Unless you notify your unit(s) to the contrary within 30 days of the Generation Date of this document, your acceptance of this appointment will be presumed. If you have questions regarding your appointment, please contact your unit office.

- Employee Classes/Service Basis "Acad 9/12 mth," "Acad 9/9 mth," "Acad/Pro 9/12 mth," "Acad/Pro 9/9 mth," "Post-Doctoral Intern 9/12 mth," or "Post-Doctoral Intern 9 mth" indicate service required during the Academic Year period defined as the nine-month period spanning from August 16 through May 15. If 9/12 is indicated, salary will be paid over the twelve month period of August 16 through August 15.

- Employee Classes/Service Basis "Acad 12 mth," "Acad/Pro 12 mth," or "Post-Doctoral Intern 12 mth," indicate service on a twelve-month basis including allowable vacation.

- Employee Classes/Service Basis "Acad 10/12 mth" or "Acad/Pro 10/12 mth" indicate 10 months' service within the dates indicated paid over 12 months with months off designated by unit. "Acad 10/10 mth" or "Acad/Pro 10/10 mth" indicate 10 months' service within the dates indicated to be paid over 10 months.

- The amount appearing in the "Annual Rate" column is the gross annual compensation of the appointee for services required during a full appointment year period (academic year 9-month, 10-month, or 12-month service basis, as the case may be), whether payable in the form of salary, earnings, purchases of annuity contracts, or in any other manner authorized or required by law. In the case of appointments where service is required for less than a full appointment year period (academic year 9-month, 10-month, or 12-month service basis, as the case may be) only a proportionate amount of the "Annual Rate" compensation will be payable on the basis of the period of service indicated in proportion to a full contract year, e.g., an appointment for one semester of an academic year is compensated at one-half of the "Annual Rate." In the case of appointments for which the Employee Class/Service Basis is "Service Dates Indicated" or "Summer Pay" the Monthly Rate figure represents gross monthly compensation for each full month of service during the period indicated.

- When viewing historical Notification of Appointment forms, please note that the most recent Generation Date reflects the most recent information. If the same service/pay periods appear on successive Notification of Appointment forms, the most recently dated form indicates any modifications made to the original appointment.

- If determined that an employee has been excluded from participation in Federal or State Health Care Programs because of having engaged in fraud, abuse or misconduct as well as any other mandated governmental exclusion listing, the employee is subject to immediate dismissal without notice.

- In accordance with University policy, the University reserves the right, effective August 16, 2009, to reduce the pay and service specified in this form, based on budget shortfalls or other financial emergencies necessitating short-term reduction of University personnel costs, by requiring the appointee to take unpaid furlough days during the period of this appointment.

- For appointments made "subject to receipt of funds" (such as those from grants or contracts), the University reserves the right to terminate the appointment prior to the Period of Service End Date if the grant(s) or other source of funding for the position has ended. An asterisk (*) symbol following the "Dollars" indicates that employment and payment is contingent upon receipt of funds. For such appointments, the University reserves the right to terminate the appointment prior to the Period of Service End Date if the grant or source of funds for the position becomes unavailable, and will provide prior notice, if applicable, in accordance with the notice periods set forth in Article IX(11)(b)(2) of the University of Illinois Statutes. If an asterisk (*) symbol does not appear next to the Dollars box on this Notice of Appointment, your appointment is not subject to the receipt of funds and not subject to earlier termination based on the loss of such funding.

*Michele M. Thompson*
Secretary

| Field | Value |
|---|---|
| ID: | 657624161 — Kevin Richard Carmody |
| Position: | U81096 Suffix: 00 |
| Last Paid Date: | 15-OCT-2010 |
| Query Date: | 09-SEP-2014 |

**Tabs:** Base Job | [selected] | Payroll Default | Deferred Pay | Miscellaneous | Excluded Deductions/Benefits | Default Earnings | Work Schedules | Job Labor Distribution

| Field | Value |
|---|---|
| Effective Date: | 23-SEP-2010 |
| Personnel Date: | |
| Status: | Terminated |
| Title: | MGR OF SYST SERVS |
| Job FTE: | 1.000 |
| Appointment Percent: | 100.00 |
| Encumbrance Hours: | |
| Encumbrance Indicator: | System Calculated |
| Hours per Day: | 8.00 |
| Employee Class: | BA — Acad/Pro 12mth Ben Elig |
| Leave Category: | Y1 — 12/12 mth 2 FH comp 26 |
| Change Reason: | EJ003 — Employer Termination |
| Employer Code: | UI — University of Illinois |

**Pay Plan**

| Field | Value |
|---|---|
| Group: | 2011 |
| Grade: | UNDFD |
| Table: | AA |
| Step: | 0 |

**Compensation**

| Field | Value |
|---|---|
| Rate: | 35.430970 |
| Hours per Pay: | 173.33 |
| Assign Salary: | 6,141.25 |
| Factor: | 12.0 |
| Pays: | 12.0 |
| Annual Salary: | 73,695.00 |

Deductions Information

| Employer | Deductions | | Employee Amount | Employer Amount | Applicable Gross |
|---|---|---|---|---|---|
| UI | DBM | D6 Quality Care Dental MO — Dental Insr. | 19.60 | .00 | 6,141.25 |
| | HQ1 | D3 Quality Care Mo EE — Health Insr., Employee | 82.00 | .00 | 6,141.25 |
| | HQ3 | D3 Quality Care Mo Dep — Health Insr., Dependent(s) | 226.00 | .00 | 6,141.25 |
| | LBM | C9 State Basic Life Mo — Life Insr, Employee 1× salary | .00 | .00 | 6,141.25 |
| | LR | U of I Life/Reliastar — Life Insr, additional, optional | 78.80 | .00 | 6,141.25 |
| | P1N | UIUC Park Monthly- Enter AMT — Campus parking | 42.99 | .00 | 6,141.25 |
| | RT | SURS - Traditional — State Univ. Retirement System | 491.74 | 623.28 | 6,146.70 |
| | SFM | FICA-Medicare | .00 | .00 | .00 |
| | SFT | Federal Withholding Tax | 526.28 | .00 | 5,227.97 |
| | SII | Imputed Income | .00 | .00 | 5.45 |
| | SST | State Withholding Taxes IL | 146.84 | .00 | 5,227.97 |
| | T05 | TIAA/CREF-Pct — Employee investment options | 56.50 | .00 | 5,649.51 |
| | U11 | Assoc Acad. Profession UIUC — Professional Organization Contribution | 15.65 | .00 | 6,141.25 |

page 1

Banner Screen print: Carmody, Kevin Richard
August 2010 monthly pay record
— Deductions detailed

This screen has a scroll feature on the right hand side. Page 1 = top portion of screen
Page 2 = bottom portion of scrolled screen

| Employer | Deductions | | Employee Amount | Employer Amount | Applicable Gross |
|---|---|---|---|---|---|
| | HQ1 | D3 Quality Care Mo EE | 82.00 | .00 | 6,141.25 |
| | HQ3 | D3 Quality Care Mo Dep | 226.00 | .00 | 6,141.25 |
| | LBM | C9 State Basic Life Mo | .00 | .00 | 6,141.25 |
| | LR | U of I Life/Reinster | 78.80 | .00 | 6,141.25 |
| | P1N | UIUC Park Monthly- Enter AMT | 42.99 | .00 | 6,141.25 |
| | RT | SURS - Traditional | 491.74 | 623.28 | 6,146.70 |
| | SFM | FICA-Medicare | .00 | .00 | .00 |
| | SFT | Federal Withholding Tax | 526.28 | .00 | 5,227.97 |
| | SII | Imputed Income | .00 | .00 | 5.46 |
| | SST | State Withholding Taxes IL | 146.84 | .00 | 5,227.97 |
| | T05 | TIAA/CREF-Pct | 56.50 | .00 | 5,649.51 |
| | U11 | Assoc Acad. Profession UIUC | 15.66 | .00 | 6,141.25 |
| | ZRU | Fringe Cost-Health/Dental Urb | .00 | 1,398.36 | 6,141.25 |

page 2

Banner Screen print: Carmody, Kevin Richard

Oracle Fusion Middleware Forms Services: Open > PHCHEK

File Edit Options Block Item Record Query Tools Help

Check Detail Inquiry PHICHEK 8.0 (BANNER_PROD)

| | | |
|---|---|---|
| ID: | 657624161 | Kevin Richard Carmody |
| Year: | 2010 | Payroll ID: MN  Payroll Number: 8  Sequence Number: 0 |

Gross: 6,141.25
Deductions: 1,686.30
Net Amount: 4,454.95

Disposition: 70 Complete
Unemployment Insurance Weeks:
Unemployment Insurance Exception Indicator:

Deductions Information PHACHEK 8.0 (BANNER_PROD)

Employer  Deductions

| | | Employee Amount | Employer Amount | Applicable Gross |
|---|---|---|---|---|
| | HQ1 | D3 Quality Care Mo EE | 82.00 | .00 | 6,141.25 |
| | HQ3 | D3 Quality Care Mo Dep | 226.00 | .00 | 6,141.25 |
| | LBM | C9 State Basic Life Mo | .00 | .00 | 6,141.25 |
| | LR | U of I Life/Relbster | 78.80 | .00 | 6,141.25 |
| | P1N | UIUC Park Monthly - Enter AMT | 42.99 | .00 | 6,141.25 |
| | RT | SURS - Traditional | 491.74 | 623.28 | 6,146.70 |
| | SFM | FICA-Medicare | .00 | .00 | .00 |
| | SFT | Federal Withholding Tax | 526.28 | .00 | 5,227.97 |
| | SII | Imputed Income | .00 | .00 | 5.46 |
| | | | 148.84 | .00 | 5,227.97 |
| | T05 | TIAA/CREF-Pct | 66.50 | .00 | 5,649.51 |
| | U11 | Assoc Acad. Profession UIUC | 16.65 | .00 | 6,141.25 |
| | ZRU | Fringe Cost-Health/Dental Urb | .00 | 1,399.38 | 6,141.25 |

Record: 11/14

*Oracle Fusion Middleware — PAYCHEX*

**File Edit Options Block Item Record Query Tools Help**

### Check Detail Inquiry — PAYCHEX 34 (PAYCHEX)

| | |
|---|---|
| ID: | 657624/81  Kevin Richard Carmody |
| Year: | 2010 |
| Payroll ID: | MN |
| Payroll Number: | 8 |
| Sequence Number: | 0 |

| | |
|---|---|
| Gross: | 6,141.25 |
| Deductions: | 1,686.30 |
| Net Amount: | 4,454.95 |

Disposition:
Unemployment Insurance Weeks:
Unemployment Insurance Exception Indicator:  70  Complete

### Deductions

**Employee**

| | | Employee Amount | Employer Amount | Applicable Gross |
|---|---|---|---|---|
| UI | | | | |
| D6M | D6 Quality Care Dental MO | 19.60 | .00 | 6,141.25 |
| HQ1 | D3 Quality Care Mo EE | 82.00 | .00 | 6,141.25 |
| HQ3 | D3 Quality Care Mo Dep | 226.00 | .00 | 6,141.25 |
| LBM | C3 State Basic Life Mo | .00 | .00 | 6,141.25 |
| LR | U of I Life/Reliastar | 78.60 | .00 | 6,141.25 |
| P1N | UIUC Perk Monthly – Enter AMT | 42.89 | .00 | 6,141.25 |
| RT | SURS – Traditional | 491.74 | 623.28 | 6,148.70 |
| SFM | FICA-Medicare | .00 | .00 | .00 |
| SFT | Federal Withholding Tax | 526.26 | .00 | 6,227.97 |
| SII | Imputed Income | .00 | .00 | 6.45 |
| | State Withholding Tax – IL | | | 6,227.97 |
| T05 | TIAA/CREF-Pct | 58.50 | .00 | 5,849.51 |
| U/1 | Assoc Acad. Profession UIUC | 16.85 | .00 | 6,141.25 |

Record: 11/14