**E-FILED**
Friday, 20 November, 2015  03:55:37 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **KEVIN RICHARD CARMODY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 2012-CV-2249** |
| | ) | |
| **BOARD OF TRUSTEES OF THE** | ) | |
| **UNIVERSITY OF ILLINOIS,** | ) | |
| **ILESANMI ADESIDA, SHARON** | ) | |
| **REYNOLDS, JOSEPH BOHN,** | ) | |
| **DEBORAH S. STONE, ELYNE COLE,** | ) | |
| **MICHAEL HOGAN, and JONG SHI-** | ) | |
| **PANG,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### PLAINTIFF'S MOTIONS IN LIMINE

NOW COMES Plaintiff, KEVIN RICHARD CARMODY, by his attorneys, Flynn, Palmer, Tague & Jacobson, and for his Motions in Limine, states as follows:

### First Motion in Limine
### Barring Testimony as to Actions Taken on Advice of Counsel

1.      The individual Defendants in this cause of action have all claimed that they are entitled to qualified immunity.

2.      The Defendants in this litigation have all invoked the attorney-client privilege as to statements and communications from attorneys for the University of Illinois.

3.      It is possible that individual Defendants at trial may claim that they acted properly based upon advice of counsel.

4.      Since none of the Defendants waived the attorney-client privilege at any time and it is Plaintiff's understanding all Defendants continue to assert such attorney-client privilege, Defendants and their attorneys should be barred from eliciting any testimony or providing any testimony that suggests that actions taken or not taken were the result of advice of counsel.

**Second Motion in Limine**
**Testimony Contrary to Previous Deposition**
**Assertions of Failure to Recollect**

5.     The Defendants involved in the termination process for the Plaintiff who were deposed repeatedly testified that they could not recollect events, documents or information available during the investigation of the Plaintiff and the pre-termination/post-termination process and what information was provided to Plaintiff and his counsel so Plaintiff could provide a meaningful response to the charges against him.

6.     It would be unfair and highly prejudicial to allow Defendants or their attorneys to elicit testimony of affirmative recollection of events, documents and information relating to questions for which a witness had previously expressed a lack of recollection.

WHEREFORE, the Plaintiff prays for an appropriate Order of the Court in limine prohibiting the Defendants and Defendants' counsel from eliciting testimony from the Defendants or Defendants' witnesses that seeks to either interject testimony that actions were taken upon advice of counsel or that elicits witness testimony contrary to a witnesses' prior deposition testimony of failure of recollection.

KEVIN RICHARD CARMODY, Plaintiff,

BY:   FLYNN, PALMER, TAGUE, LYKE & JACOBSON,

By:   <u>s/ Michael J. Tague</u>
Michael J. Tague

Michael J. Tague
FLYNN, PALMER, TAGUE & JACOBSON
402 West Church Street
Champaign, IL 61820
Telephone:   217-352-5181
Fax:   217-352-7964
Email:   fpt5law@aol.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he did on the 20th day of November, 2015, at or about the hour of 5:00 p.m., email to and deposit in the U. S. mail at the U. S. Post Office in Champaign, Illinois, an envelope addressed to:

> William J. Brinkmann
> Thomas, Mamer & Haughey, LLP
> P. O. Box 560
> Champaign, IL  61824-0560

bearing postage fully prepaying the same and also bearing the return address of Flynn, Palmer, Tague & Jacobson, 402 West Church, P. O. Box 1517, Champaign, IL 61824-1517, which such envelope contained a copy of the foregoing Motions in Limine.

s/ Michael J. Tague

Michael J. Tague
FLYNN, PALMER, TAGUE & JACOBSON
402 West Church Street
P. O. Box 1517
Champaign, IL  61824-1517
Telephone:    217-352-5181
Fax:          217-352-7964
email:        fpt5law@aol.com